UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                          Criminal Case No.  02-CR-20238-1
                               Civil Case No.       15-CV-13159

REXIENA HOLDER,

        Defendant.
_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a "Motion to Vacate Judgment for Fraud upon the Court, Motion for Writ of Audita Querela, Motion for Writ of Error Coram Nobis, Pursuant to 28:USC:1651 and Alternative Motion to Vacate the Judgment Pursuant to 18:USC:2255" on September 4, 2015.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motion to Vacate, ..." by **November 20 , 2015**. The reply, if any, is to be filed by **December 17, 2015.**

                                       S/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated:  October 7, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, October 7, 2015, by electronic and/or ordinary mail.

                                       S/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522